UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LUKE MATTHEWS, CARLOS GOMEZ, GENTL BONDS, ROBERT SMITH, ROBERT NEGRON and KASIEM CHAVES,<br><br>           *Plaintiffs*,<br><br>-against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, *et al.*,<br><br>           *Defendants*. | **STIPULATION AND ORDER OF DISCONTINUANCE OF PLAINTIFF ROBERT NEGRON PURSUANT TO RULE 41(a)**<br><br>17-CV-0503<br><br>TJM/ML |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for plaintiffs and defendants, parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action:

1. Plaintiff Robert Negron voluntarily agrees to dismissal of all his claims in this action asserted against all named defendants pursuant to Fed. R. Civ. P. 41(a) with prejudice and without damages, costs, interest or attorneys' fees.

2. Consistent with the foregoing, defendants agree that, upon the Court "so ordering" this Stipulation and Order of Voluntary Dismissal, defendants will not seek any costs, interest or attorneys' fees from plaintiff Robert Negron with respect to this action.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

3. The foregoing constitutes the entire agreement of the parties.

Dated: New York, New York
       December 21, 2021

          /s/Marc A. Cannan
          Marc A Cannan, Esq.
          Attorney for Plaintiffs
          Beldock, Levine & Hoffman, LLP
          99 Park Avenue, PH/26th Floor
          New York, NY 10015
          212-490-0400
          Email: mcannan@BLHNY.com

Dated: Albany, New York
       December 21, 2021

          LETITIA JAMES
          Attorney General of the State of New York
          Attorney for Defendants
          The Capitol
          Albany, New York 12224-0341

          By: *s/ Erik Pinsonnault*
          Erik Pinsonnault
          Assistant Attorney General, of Counsel
          Bar Roll No. 107509
          Telephone: (518) 776-2553
          Email: erik.pinsonnault@ag.ny.gov

Dated:    Binghamton, New York
        January 4, 20 22

    SO ORDERED:

_____
HON. THOMAS J. MCAVOY
UNITED STATES DISTRICT COURT JUDGE

2