IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

LUKE MATTHEWS; and
KASIEM CHAVES,

        Plaintiffs,

    v.

L. SWEENEY, Clinton Corrections Sergeant;
MICHAEL GUYNUP, Clinton Corrections
Lieutenant; CORRECTIONAL EMERGENCY
RESPONSE TEAM (CERT) OFFICER 44-23;
CERT OFFICER 44-5; CERT OFFICER 44-4;
CERT OFFICER 44-3; and CORRECTIONAL
EMERGENCY RESPONSE TEAM ("CERT")
OFFICER 44-29,

        Defendants.

Civ. Action No.
9:17-CV-503 (GTS/ML)

_____

GLENN T. SUDDABY, U.S. DISTRICT JUDGE

ORDER

LUKE MATTHEWS, *#95-A-6848*, plaintiff in the above entitled action, has been directed to appear at the U.S. Courthouse and Federal Building, 100 South Clinton Street, in SYRACUSE, New York on April 28, 2025 at 8:30 AM for the purpose of attending a jury trial relative to the above entitled case (proceeding start time is 9:00 AM). It appears that this plaintiff is presently incarcerated at the Woodbourne Correctional Facility

located in Woodbourne, New York. It is necessary that a Writ of *Habeas Corpus Ad Testificandum* be issued for the purpose of securing this plaintiff's presence at said proceeding. While New York State is required to advance the costs of his transportation, these costs shall be repaid to the state from the monetary award, if any, recovered by this plaintiff at trial.

Accordingly, it is hereby

ORDERED, that the clerk of the court issue a Writ of *Habeas Corpus Ad Testificandum* and serve upon the Superintendent of the Woodbourne Correctional Facility this Writ of *Habeas Corpus* to deliver **LUKE MATTHEWS, #95-A-6848**, dressed in civilian attire, to the U.S. Courthouse and Federal Building, 100 South Clinton Street in Syracuse, New York on **April 28, 2025, at 8:30 AM** and any recessed date thereafter (the trial is estimated to last approximately 5 days); and it is further

ORDERED, that New York State shall advance the cost of this plaintiff's transportation, which shall be repaid to the state from the monetary award, if any, recovered by this plaintiff at trial; and it is further

ORDERED, that an electronic certified copy of said Writ be delivered to Woodbourne Correctional Facility, with a copy to the United States Marshal, to serve as notice to prepare plaintiff for transport; and it is

further

ORDERED, that in the event the action is settled prior to the trial, it shall be incumbent upon defendants or their authorized representative to notify the designated institution where this plaintiff is housed and cancel such Writ to produce.

Glenn T. Suddaby
U.S. District Judge

Dated:  March 19, 2025
        Syracuse, NY